SIEBRECHT, Respondent, v. SIEBRECHT, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Julia W. A. Siebrecht against Henry A. Siebrecht, Jr.

PER CURIAM. Interlocutory judgment reversed, and new trial granted, with costs to plaintiff to abide the event, on the ground that there is no sufficient evidence of adulterous act, save on a single occasion at Hawleyville, and as to that the evidence shows that the possible range of vision did not permit the view to which the inculpating witness testified. Hence the

finding is against the weight of evidence. See, also, 153 App. Div. 917, 138 N. Y. Supp. 1142. Reargument denied 144 N. Y. Supp. 1145.

CARR, J., votes for affirmance.